UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
WILLIAM KENNEY,                         )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )        Civil Action No. 07-1989 (PLF)
                                        )
UNITED STATES DEPARTMENT OF JUSTICE,    )
                                        )
        Defendant.                      )
_____)

ORDER

        For the reasons stated in the Opinion issued this same day, it is hereby

        ORDERED that defendant's motion for partial summary judgment [9] is

GRANTED; it is

        FURTHER ORDERED that defendant is awarded judgment as to any and all

claims in this action that relate to the response of the Executive Office for United States

Attorneys to the Freedom of Information Act/Privacy Act request submitted by plaintiff; and it is

        FURTHER ORDERED that plaintiff's motion for partial summary judgment [11]

is DENIED.

        SO ORDERED.

                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE:  March 30, 2009